UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

     -v-                                      No. 10 Cr. 228 (S10) (LTS)

DANIEL BONVENTRE et al.,

         Defendants.
-------------------------------------------------------x

## ORDER

For the reasons stated on the record at the conference on January 21, 2014, Defendant Annette Bongiorno's motion (docket entry number 597) requesting a limiting instruction with regards to summary charts of FBI Financial Analyst Jason Wake is denied and, for the reasons stated at the conference on January 29, 2014, Defendant Bongiorno's motion (docket entry number 599) seeking to preclude other summary charts is denied.

For the reasons stated on the record at the conference on January 29, 2014, the Court grants Defendant Daniel Bonventre's motion to preclude certain newly offered exhibits (docket entry number 607); grants in part and denies in part Defendant Jo Ann Crupi's motion to preclude certain newly offered exhibits (docket entry number 606); and grants in part and denies in part the Government's motions (docket entry numbers 611 and 612) seeking to admit certain summary charts as exhibits.

Finally, for the reasons stated on the record at the conference on January 29, 2014, Defendant Perez's motion (docket entry no. 610) to preclude certain testimony of the Government's witness Haresh Hemrajani is denied.

This Order resolves docket entry numbers 597, 599, 606, 607, 610, 611, and 612.

The Clerk of Court is also directed to terminate docket entry number 556, which had been resolved by prior Court Order.

SO ORDERED.

Dated: New York, New York
February 4, 2014

/s/ Laura Taylor Swain

LAURA TAYLOR SWAIN
United States District Judge