SERCARZ & RIOPELLE, LLP
[address illegible]

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

December 16, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 17 2014

BY FAX and ECF Filing

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re:   Re: United States v. O'Hara, et al.,
      S10 10 Cr. 228 (LTS)

Dear Judge Swain:

    I write to request that the Court modify Defendant Annette Bongiorno's bail to allow her to travel to her brother's home in Monmouth Junction, New Jersey on December 25, 2014 to celebrate the Christmas Holiday with her brother's family and her sister's family, and to stay overnight with her brother at his home during the night of December 25, 2014. The Defendant advises me that she will leave her home in Manhasset, New York at approximately noon on December 25, and that she will return to her on December 26, 2014, by 6 p.m.

    The Defendant has contacted her pretrial services officer to discuss this matter, and she has been told that she may not stay the night at her brother's home without the Court's authorization. I have discussed this application by email with the government, and AUSA Jackson has advised me that the government has no objection to this request.

Respectfully submitted,

Roland G. Riopelle

cc:   All Counsel (By email)

The request is granted.

SO ORDERED:

[signature] 12/17/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE