**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

Southern District of New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: JAN 09 2015*

Caption:

United States v.

Annette Bongiorno

10-CR-228(LTS)

Docket No.: 14-4719

Judge Laura Taylor Swain
(District Court Judge)

Notice is hereby given that **the United States of America** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on **December 17, 2014**.
(date)

This appeal concerns: Conviction only | __ | Sentence only | ✓ | Conviction & Sentence | __ | Other | __ |

Defendant found guilty by plea | __ | trial | ✓ | N/A | __ |

Offense occurred after November 1, 1987? Yes | ✓ | No | __ | N/A | __ |

Date of sentence: **12/9/2014**  N/A | __ |

Bail/Jail Disposition: Committed | __ | Not committed | ✓ | N/A | __ |

Appellant is represented by counsel? Yes ✓ | No | __ |  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Roland Riopelle, Esq. |
| Counsel's Address: | 810 Seventh Avenue, Suite 620 |
| | New York, NY 10019 |
| Counsel's Phone: | 212-586-1234 |
| Assistant U.S. Attorney: | AUSA Randall W. Jackson |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | 212-637-1029 |

Randall W. Jackson
Digitally signed by Randall W. Jackson
DN: cn=Randall W. Jackson, o=USAO - SDNY, ou=DOJ, email=randall.jackson@usdoj.gov, c=US
Date: 2015.01.09 13:39:13 -05'00'

Signature