SERCARZ & RIOPELLE, LLP
810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019

1-212-586-4900
FACSIMILE 1-212-586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

ROBERT CALIENDO
GIULIANA E. GRAHAM

*ADMITTED IN NY & NJ

April 2, 2015

BY ECF

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 755
New York, NY  10007

Re: United States v. Annette Bongiorno, et al.,
S2 10 Cr. 228 (LTS)

Dear Judge Swain:

I write to request that the Court enter the enclosed order exonerating Mrs. Bongiorno's bail and directing that her passport be returned to me.  Mrs. Bongiorno surrendered as directed by the Court, and she has begun serving her sentence.  The government has already executed Satisfactions of Judgment/Mortgage in connection with the properties posted to secure Mrs. Bongiorno's bail, and Mrs. Bongiorno's suretors have already released the liens placed on their properties to secure her bail.  Thus, the only remaining issue relating to Mrs. Bongiorno's bail is the return of her passport.  Her husband now resides in Florida near her, so I respectfully request that the passport be returned to me.  I will forward it to Mr. Bongiorno after I receive it.

I have not discussed this application with the government, but given the government's willingness to release the liens on the properties posted for bail, I am sure it does not oppose this application.

Respectfully submitted,

Roland G. Riopelle

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 10 Cr. 228 (LTS) |
| -against- | : | **ORDER EXONERATING BAIL** |
| ANNETTE BONGIORNO, | : | |
| Defendant. | : | |

-------------------------------------------------------------------X

IT IS HEREBY ORDERED, upon the application of counsel for defendant Annette Bongiorno, that Mrs. Bongiorno's personal recognizance bond in this matter is hereby exonerated and released, and all suretors on Mrs. Bongiorno's personal recognizance bond and all property posted as security for Mrs. Bongiorno's personal recognizance bond are also released from any liability in connection with said bond.

IT IS FURTHER ORDERED, that the Pre-Trial Services Agency or any other agency that has custody of Mrs. Bongiorno's passport return it to Mrs. Bongiorno's counsel in this matter, Roland Riopelle.

IT IS SO ORDERED:

_____
HON. LAURA TAYLOR SWAIN
U. S. D. J.